■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD K. SMILEY, Appellant. [657 NYS2d 374] —Appeal from a judgment of the County Court of Chemung County (Danaher, Jr., J.), rendered June 10, 1996, convicting defendant upon his plea of guilty of the crime of criminal possession of a controlled substance in the third degree.

Defense counsel seeks to be relieved of his assignment as counsel for defendant on the ground that there are no non-frivolous issues that can be raised on appeal. Upon our review of the record and defense counsel's brief, we agree. Defendant entered a knowing, voluntary and intelligent plea of guilty to the crime of criminal possession of a controlled substance in the third degree. His sentence was in accordance with the plea agreement and within the relevant statutory requirements. The judgment is, accordingly, affirmed and defense counsel's application for leave to withdraw is granted (*see, People v Cruwys*, 113 AD2d 979, *lv denied* 67 NY2d 650).

Mikoll, J. P., Mercure, Crew III, Yesawich Jr. and Peters, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.